United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COX COMMUNICATIONS, INC., <br> Plaintiff, <br> v. <br> MARKMONITOR, INC., <br> Defendant. | Case No. 19-mc-80050-SK (HSG) <br> **ORDER DENYING MOTION FOR RELIEF** <br> Re: Dkt. No. 15 |

Pending before the Court is MarkMonitor, Inc.'s motion for relief from a nondispositive pretrial order issued by Magistrate Judge Sallie Kim on March 7, 2019 granting Cox Communications, Inc.'s motion to compel. *See* Dkt. No. 15.

A pretrial order by a magistrate judge will be reversed only if it "is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). The Court has carefully reviewed Judge Kim's order, MarkMonitor's motion, and the relevant legal authorities. Judge Kim's order is well-reasoned and thorough. The Court affirms the non-dispositive order because it is not "clearly erroneous or contrary to law." *See Grimes v. City & Cty. of San Francisco*, 951 F.2d 236, 240 (9th Cir. 1991). Accordingly, the Court **DENIES** MarkMonitor's motion for relief from Judge Kim's non-dispositive pretrial order.

**IT IS SO ORDERED.**

Dated: 4/23/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge